UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RAUSHAUD L. COLEMAN, | ) |
| Petitioner, | ) ) ) |
| v. | )  No.  3:24-CV-102-KAC-DCP |
| FCI MILAN, | ) ) ) |
| Respondent. | ) |

## MEMORANDUM OPINION AND ORDER

Petitioner, a federal prisoner currently housed in the Federal Correctional Institution in Milan, Michigan ("FCI-Milan"), filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241[Doc. 2] and a memorandum in support [Doc. 3].  The Petition is putatively based on his criminal convictions in an action before this Court, *United States v. Coleman*, 3:19-CR-15-KAC-DCP-2 (E.D. Tenn., Jan. 21, 2022) [*See* Doc. 2 at 1].  In the Petition, Petitioner challenges the failure of the Warden of FCI-Milan to award him credits towards his sentence under the First Step Act [*Id.* at 6].  Petitioner has paid the filing fee.

A writ of habeas corpus pursuant to Section 2241 may be granted by "the district courts and any circuit judge within their respective jurisdictions."  28 U.S.C. § 2241(a).  The Supreme Court has interpreted this provision as requiring jurisdiction over a habeas petitioner's custodian, regardless of whether the petitioner is within the court's jurisdiction.  *Rumsfeld v. Padilla*, 542 U.S. 426, 434–35 (2004) (holding that the proper respondent for a habeas corpus action "is 'the person' with the ability to produce the prisoner's body before the habeas court").  This Court lacks jurisdiction over the Warden of FCI-Milan because FCI-Milan is located in the County of Washtenaw, Michigan.  https://www.bop.gov/locations/institutions/mil/.

The Court therefore concludes that the proper venue for this case is the United States District Court for the Eastern District of Michigan.  *See* 28 U.S.C. § 102(a)(1).  A federal district court may transfer a civil action to any district or division where it could have been filed originally "in the interest of justice."  28 U.S.C. § 1406(a).  Accordingly, the Court **DIRECTS** the Clerk to transfer this action to the United States District Court for the Eastern District of Michigan and to close this Court's file.  An appropriate judgment shall order.

    **SO ORDERED.**

    **ENTER:**

                                        s/ Katherine A. Crytzer
                                        KATHERINE A. CRYTZER
                                        United States District Judge