CLOSED,HABEAS,PROSEDEPT,PSLC1

# Live Database
# U.S. District Court – Eastern District of Tennessee (Knoxville)
## CIVIL DOCKET FOR CASE #: 3:24–cv–00102–KAC–DCP

Coleman v. FCI Milan
Assigned to: District Judge Katherine A Crytzer
Referred to: Magistrate Judge Debra C Poplin
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 03/04/2024
Date Terminated: 04/25/2024
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Rashaud L. Coleman**
represented by **Rashaud L. Coleman**
54812–074
MILAN
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 1000
MILAN, MI 48160
PRO SE

V.

**Respondent**

**FCI Milan**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/04/2024 | 1 | MOTION for Leave to Proceed in forma pauperis by Rashaud L. Coleman. (ABF) (Entered: 03/04/2024) |
| 03/04/2024 | 2 | PETITION for Writ of Habeas Corpus under 28 U.S.C. 2241, filed by Rashaud L. Coleman. (Attachments: # 1 Other Exhibits, # 2 Other Envelope)(ABF) (Entered: 03/04/2024) |
| 03/04/2024 | 3 | MEMORANDUM in Support re 2 Petition for Writ of Habeas Corpus under 28 U.S.C. 2241. (ABF) (Entered: 03/04/2024) |
| 03/04/2024 | 4 | Notice Regarding Requirement to Notify Court of Change of Address (c/m to Rashaud L. Coleman #54812–074, MILAN FEDERAL CORRECTIONAL INSTITUTION, Inmate Mail/Parcels, P.O. BOX 1000, MILAN, MI 48160) (ABF) (Entered: 03/04/2024) |
| 03/11/2024 | 5 | ORDER denying 1 MOTION for Leave to Proceed in forma pauperis filed by Rashaud L. Coleman. The Court ORDERS Petitioner to pay the $5.00 filing fee within thirty (30) days of entry of this Order. Signed by District Judge Katherine A Crytzer on 3/11/2024. (BJL)*Mailed to Rashaud L. Coleman 54812–074 MILAN FEDERAL CORRECTIONAL INSTITUTION Inmate Mail/Parcels P.O. BOX 1000 MILAN, MI 48160 (Entered: 03/11/2024) |
| 04/10/2024 |  | Filing fee received: $ 5.00, receipt number 300003597 (ABF) (Entered: 04/11/2024) |
| 04/25/2024 | 6 | MEMORANDUM OPINION AND ORDER: Accordingly, the Court DIRECTS the Clerk to transfer this action to the United States District Court for the Eastern District of Michigan and to close this Court's file. An appropriate judgment shall order. Signed by District Judge Katherine A Crytzer on |

| | | |
|---|---|---|
| | | 4/25/2024. (BJL)*Mailed to Rashaud L. Coleman 54812–074 MILAN FEDERAL CORRECTIONAL INSTITUTION Inmate Mail/Parcels P.O. BOX 1000 MILAN, MI 48160 (Entered: 04/25/2024) |
| 04/25/2024 | 1 7 | JUDGMENT re 6 Memorandum Opinion and Order. The Court DIRECTED the Clerk to transfer this action to the United States District Court for the Eastern District of Michigan and to close this Courts file. Accordingly, it is appropriate to enter judgment in this action. Signed by District Judge Katherine A Crytzer on 4/25/2024. (BJL)*Mailed to Rashaud L. Coleman 54812–074 MILAN FEDERAL CORRECTIONAL INSTITUTION Inmate Mail/Parcels P.O. BOX 1000 MILAN, MI 48160 (Entered: 04/25/2024) |
| 04/25/2024 | Ï | Electrically Case transferred to District of Eastern District of Michigan. (BJL) (Entered: 04/25/2024) |