United States District Court
Eastern District of Michigan
Southern Division

Rashaud L. Coleman,

    *Petitioner,*

    -vs-

Eric Rardin,

    *Respondent.*

Case No. 24-cv-11111

Honorable Linda V. Parker
Mag. Judge Elizabeth A. Stafford

## Notice of Appearance of Assistant U.S. Attorney

**To:** Attorney Admission Clerk and All Other Parties

Please take notice of the addition of the undersigned Assistant U.S. Attorney as an attorney of record for Respondent, Eric Rardin, on the above captioned case.

    Respectfully submitted,

    Jessica Currie
    United States Attorney

    */s/Jessica Currie*
    Jessica Currie
    Assistant United State Attorney
    211 W. Fort Street, Suite 2001
    Detroit, MI   48226
    (313) 226-9531
    Jessica.Currie@usdoj.gov

Dated: April 29, 2024