UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RASHAUD L. COLEMAN, #54812-074,

       Petitioner,

v.                                                 Case No. 24-cv-11111
                                                 Honorable Linda V. Parker

ERIC RARDIN,

       Respondent.
_____/

## ORDER DENYING MOTION TO OBJECT (ECF NO. 9)

Federal prisoner Rashuad L. Coleman ("Petitioner"), currently confined at the Federal Correctional Institution in Milan, Michigan, has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) Respondent recently filed a response to the petition contending that it should be denied. (ECF No. 8.) The Court has not yet ruled on the petition. The matter is before the Court on Petitioner's "Motion to Object that 2241 is Denied and Requesting that 2241 is Granted." (ECF No. 9.)

Although Petitioner titles the filing as a "motion," it is more properly construed as a reply to the response to the Petition—particularly as there has been no ruling by the Court for Petitioner to "object" to. Accordingly, the Court **DENIES** Petitioner's

motion to object.  The Court shall construe the filing as a reply to the answer to the petition when reviewing the merits of the case.

    **IT IS SO ORDERED**.

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: July 25, 2024

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, July 25, 2024, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan  
Case Manager
