IN THE UNITED STATES COURT OF APPEALS
SIXTH CIRCUIT

4

RASHAUD L COLEMAN
  Petitioner

Judge: Linda V Parker

Case No: 24-CV-11111

VS

Hon. LINDA V. PARKER
U.S. District Judge
  Respondent

FILED
NOV 04 2024
CLERK'S OFFICE
DETROIT

## MOTION TO REQUEST THAT A WRIT OF MANDAMUS ISSUE

Comes Now, Rashaud L. Coleman ("Hereafter Petitioner"), moves this honorable Court to issue a Writ of Mandamus to compel the lower district court to rule on the pending 2241 under the above case number. In support of this request, Petitioner states the following:

### BACKGROUND FACTS

Petitioner filed a 2241 on around April, 2024, asserting that the B.O.P. has failed to adhere to the plain language of 18 U.S.C. 3632(d)(4)(D), and has arbitrarily denied me First Step Act Credits. The government has filed a Response on June 20, 2024, and the lower district courts has failed to render a decision on the petition.

(1)

LEGAL AUTHORITY TO GRANT THE WRIT OF MANDAMUS, AND COMPELL THE DISTRICT COURT TO RENDER A DESICISION ON THE PENDING 2241

The lower District Court dereliction of duty to adhere to the Congressional applicable time mandate pursuant to 28 U.S.C. 2243, is ignoring the fundamental importance of the writ of habeas corpus.

28 U.S.C. 2243 requires a hearing on a show cause order issued pursuant to a petition for writ of habeas corpus within five days after the return is filed unless additional time is allowed for good cause, and it then requires that the Court "summarily hear and determine the facts, and dispose of the matter as law and justice require. McClellan v Young, 421 F.2d 690 (6th Cir 1970).

Even the Supreme Court has spoken on the inordinate delay in deciding a petition for writ of habeas corpus, and has determined writ of habeas corpus are intended to afford a "swift and imperative Remedy". Fay v Noia, 372 U.S. 391 (1963).

Under the circumstances of this case, petitioner has established a clear and indisputable right to have his petition expeditiously heard, as the lower district court has failed to adhere to the applicable five day time period of 28 U.S.C. 2243 which require disposing the matter within five days, which in fact four months as elapsed without a Ruling. Van Buskirk v Wilkinson, 216 F.2d 735 (9th Cir 1954)("Habeas Corpus" is a speedy remedy, entitled by statute to special, preferential consideration to insure expeditious hearing and determination"), Glynn v Donnelly, 470 F.2d 95 (1st Cir 1972)(same).

(2)

## RELIEF REQUESTED

Petitioner request that this honorable court issue a writ of Mandamus, and Require the lower district court to hear the pending 2241.

## CERTIFICATE OF SERVICE

Petitioner, states that a copy of this motion has been placed in the U.S. Postal mail to:

U.S District Judge
_____

Linda V Parker
Theodore Levin United States Courthouse
231 West Lafayette Boulevard, 5th Floor
Detroit MI 48226

Six Circuit Court of Appeals
_____

Clerk of the Court
100 E. Fifth Street
Room # 540
Cincinnati, Ohio 45202

Date: 10-23-24

Rashaud. L. Coleman

(3)

LaShaun Coleman
NAME
54812074
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

Please
docket
11/4/24

METROPLEX MI 480
24 OCT 2024 PM 4 L

U.S District Judge
Linda V. Parker
Theodore Levin United States Court House
231 West Lafayette Blvd, 5th Floor
Detroit, Michigan 48226

48226-270099