2

Rashaud Coleman
54812074
FCI Milan
PO Box 1000

**FILED**
JAN 10, 2025
CLERK'S OFFICE
DETROIT

I am writing in regards of Case # 24-CV-11111 I recently filed a 2241 motion and was asking the status of the motion I filed. The motion back in Sept. 2024 and haven't received no information regarding the status of it. I am concerned of the status, is there anyway that I can get a response regarding the status of the motion, please and thanks in advance.

Sincerely,

Rashaud Coleman
01-03-2025

Rashaud Coleman
NAME
54812074
REG. NO.
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480
6 JAN 2025  PM 4 L

United States District Court
Eastern District of michigan
office of clerk
231 West Lafayette Blvd   Rm. 564
Detroit, MI 48226
48226-271839