UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Rashaud L. Coleman

    Petitioner,

                                      Case No. 24-cv-11111

v.

United States of America,                  Honorable Linda V. Parker

    Respondent.

_____/

**JOINT MOTION TO PERMIT SUPPLEMENTAL BRIEFING**

In April 2024, Mr. Benson's pro se habeas corpus petition was transferred to this district. (ECF No. 1.) Not long after, Chief Magistrate Judge Grand ordered the government to respond. (ECF No. 6.) The government has done so. (ECF No. 8.) Mr. Coleman docketed a responsive pleading, styled as a motion. (ECF No. 9.)

This Court recently appointed the Federal Community Defender to represent Mr. Coleman. (ECF No. 13.) Undersigned counsel asks this Court to permit a supplemental pleading from both parties. The government has no objection to this request. If permitted, counsel for Mr. Coleman will docket a supplemental pleading no later than June 1, 2025.

**Respectfully submitted by:**

| | |
|---|---|
| s/ Jessica Currie (with consent) | s/Matthew Monahan |
| Susan Fairchild | Matthew A. Monahan |
| 211 W. Fort Street | 613 Abbott Street, Suite 500 |

Suite 2001  
Detroit, MI 48226  
Jessica.currie@usdoj.gov  
Assistant United States Attorney

Detroit, MI 48226  
Assistant Federal Defender  
Matthew_monahan@fd.org

Dated: April 11, 2025