No.  24-1994

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
May 28, 2025
KELLY L. STEPHENS, Clerk

In re:  RASHAUD L. COLEMAN,      )

                       )        O R D E R

       Petitioner.          )

Before:  GILMAN, GRIFFIN, and THAPAR, Circuit Judges.

Rashaud L. Coleman petitions for a writ of mandamus, asking that we compel the district court to rule on his application for a writ of habeas corpus.  He also moves to proceed *in forma pauperis*.

To obtain the writ, Coleman must establish a clear and indisputable right to relief and that issuance of the writ is appropriate.  *See Cheney v. U.S. Dist. Ct. for D.C.*, 542 U.S. 367, 380−81 (2004). Since Coleman's habeas petition was transferred to the district court in April 2024, the district court promptly ordered the government to respond, addressed an interim motion filed by Coleman, appointed Coleman counsel, and ordered supplemental briefing on his petition.  In fact, Coleman requested that supplemental briefing in the district court while his mandamus petition was pending with this court.  He thus urged the district court to delay its decision even further. Under these circumstances, the district court's delay in adjudicating Coleman's habeas petition is readily explainable.  *See In re Cox*, 905 F.2d 1537, 1990 WL 85337, at *1 (6th Cir. 1990) (table) (order) ("Although this Court cannot condone lengthy and unnecessary delays in the review of habeas corpus actions, we conclude, under the apparent circumstances of this case, that the district court is now taking steps to ensure full and fair review of the petitioner's claims.").

No. 24-1994
-2-

Accordingly, the petition for a writ of mandamus is **DENIED**, and the motion to proceed *in forma pauperis* is **DENIED AS MOOT**.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk

## United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 05/28/2025.

**Case Name:**   In re: Rashaud Coleman
**Case Number:**   24-1994

**Docket Text:**
ORDER filed : The petition for a writ of mandamus is DENIED, and the motion to proceed in forma pauperis is DENIED AS MOOT. No mandate to issue. Ronald Lee Gilman, Circuit Judge; Richard Allen Griffin, Circuit Judge and Amul R. Thapar, Circuit Judge.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Mr. Rashaud L. Coleman
F.C.I. Reno
P.O. Box 1500
El Reno, OK 73036

**A copy of this notice will be issued to:**

Ms. Kinikia D. Essix