UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

RASHAUD COLEMAN,

Petitioner,

v.                                                        CASE NO.: 2:24-cv-11111-LVP-EAS

ERIC RARDIN, WARDEN,

Respondent.

## DECLARATION OF S. ALLISON-LOVE

I, the undersigned S. Allison-Love, do hereby make the following declaration pertinent to

the above-styled and numbered cause.

1.    I am an Attorney Advisor for the Federal Bureau of Prisons (BOP), at the Federal

      Correctional Institution in Milan, Michigan (FCI Milan).   I make this Declaration in

      connection with the response to the petition filed by Petitioner.

2.    I have been employed with the BOP since July 2010.   As a BOP Attorney, I have

      access to official records maintained by the BOP in the ordinary course of business.

3.    Petitioner Rashaud Coleman, Register No. 54812-074  is serving a sentence for

      violations of 18 U.S.C. 841(b)(1).   He did not receive a sentencing enhancement for

      resulting death or serious bodily injury, but the record establishes that the controlled

      substances that Petitioner distributed resulted in death.   Under 18 U.S.C.

      3632(d)(4)(D)(lviii), an inmate who is serving a sentence for a violation of 841(b)(1)

      for which death or serious bodily injury resulted, is ineligible to receive First Step Act

1

time credits.

4.   BOP's previous position was that 3632(d)(4)(D)(lviii) applied to someone like the Petitioner who did not receive a sentencing enhancement, so long as other documents in the record, like the PSR and the plea agreement, made clear that a death or serious bodily injury resulted from the crime.   Recently, however, BOP has changed its position following the Fourth Circuit's decision in *Valladares v. Ray*, 130 F.4th 74 (4th Cir. 2025).   Now that a federal appellate court has issued a published decision on the matter, and in the interest of consistency across the inmate population, BOP will no longer consider someone like Petitioner to be ineligible under 3632(d)(4)(D)(lviii) and will only apply that provision if records verify that the inmate actually received a sentencing enhancement for resulting death or serious bodily injury.

5.   In light of this change in position, the BOP has re-examined Petitioner's FSA eligibility.   BOP no longer considers Petitioner to be ineligible to earn FSA time credits based on 3632(d)(4)(D), and his FSA status has been changed officially to Eligible.[1]   Based upon Petitioner's recent FSA calculation, Petitioner has earned 165 FSA Time Credits (FTCs).[2]

6.   Whether and when to apply Petitioner's earned FSA time credits, however, is governed by other provisions.   *Earning* FTCs is not synonymous with *applying*

---

1 *See* Attachment 1, First Step History.
2 *See* Attachment 2, FSA Time Credit Assessment, dated June 9, 2025.

FTCs.   To be considered for the application of FTCs, an eligible inmate must 1) have earned FTCs in an amount equal to the remainder of the inmate's term of imprisonment, 2) shown through periodic risk assessments, a demonstrated reduction in recidivism risk or maintained a low/minimum risk during his incarceration, and 3) had the remainder of his term computed under applicable law.[3]   Only upon meeting the requirements of 18 U.S.C. § 3624(g)(1) and § 523.44(b)-(d), will an inmate's earned FTCs be applied toward his sentence computation.

7.     BOP staff must "determine the type and amount of evidence-based recidivism reduction programming that is appropriate for each prisoner and assign each prisoner to such programing accordingly."   18 U.S.C. § 3632(a)(3).   Inmates can receive incentives for those programs that were recommended by Unit Team based upon an identified need in any of the following 13 areas:   anger/hostility, antisocial peers, cognitions, dyslexia, education, family/parenting, finance/poverty, medical, mental health, recreation/leisure/fitness, substance abuse, trauma, and work.[4]   No incentives are available for partial completion, failure, or program withdrawal.[5]

8.     As Petitioner is currently in Decline status regarding programming, he is not eligible to apply his earned FTCs.[6]   Therefore, his Petitioner's projected release date is

---

3 *See 18 U.S.C. § 3624(g)(1); 28 C.F.R. § 523.44(b)-(d).*
4 *See* Program Statement 5220.01, <u>First Step Act Program Incentives</u>.   All referenced BOP Program Statements are available in their entirety at <u>www.bop.gov/resources/policy_and_forms.jsp</u>
5 *Id*.
6 *See* Attachment 2; and Attachment 3, Sentence Monitoring Computation.

currently January 18, 2035, via Good Conduct Time Release. [7]

I declare pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my

knowledge and belief.

Executed this 17th day of June 2025.

S. Allison-Love
Senior Attorney
Federal Bureau of Prisons
FCI Milan

---

7 *See* Attachment 3.

4

Attachment 1

```
 MILBU  531.01 *                INMATE HISTORY            *      06-17-2025
PAGE 001       *                 FIRST STEP               *      08:35:36


  REG NO..: 54812-074 NAME....: COLEMAN, RASHAUD L
  CATEGORY: FSA          FUNCTION: PRT        FORMAT:


FCL    ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP  DATE/TIME
ERE    FTC ELIG   FTC-ELIGIBLE - REVIEWED     06-03-2025 0656 CURRENT
ERE    N-ANGER Y  NEED - ANGER/HOSTILITY YES  03-05-2025 1025 CURRENT
ERE    N-ANTISO N NEED - ANTISOCIAL PEERS NO  03-05-2025 1025 CURRENT
ERE    N-COGNTV Y NEED - COGNITIONS YES       03-05-2025 1025 CURRENT
ERE    N-DYSLEX N NEED - DYSLEXIA NO          08-26-2022 1333 CURRENT
ERE    N-EDUC N   NEED - EDUCATION NO         03-05-2025 1025 CURRENT
ERE    N-FIN PV Y NEED - FINANCE/POVERTY YES  03-05-2025 1025 CURRENT
ERE    N-FM/PAR Y NEED - FAMILY/PARENTING YES 03-05-2025 1025 CURRENT
ERE    N-M HLTH N NEED - MENTAL HEALTH NO     03-05-2025 1025 CURRENT
ERE    N-MEDICL N NEED - MEDICAL NO           03-05-2025 1025 CURRENT
ERE    N-RLF Y    NEED - REC/LEISURE/FITNESS YES 03-05-2025 1025 CURRENT
ERE    N-SUB AB Y NEED - SUBSTANCE ABUSE YES  03-05-2025 1025 CURRENT
ERE    N-TRAUMA Y NEED - TRAUMA YES           03-05-2025 1025 CURRENT
ERE    N-WORK Y   NEED - WORK YES             03-05-2025 1025 CURRENT
ERE    R-LW       LOW RISK RECIDIVISM LEVEL   03-05-2025 1025 CURRENT
ERE    FTC INELIG FTC-INELIGIBLE-REVIEWED     08-12-2022 0813 06-03-2025 0656
ERE    INELIG AUT FTC-INELIGIBLE OFF CODE - AUTO 08-15-2022 1153 05-28-2025 1537
MIL    R-LW       LOW RISK RECIDIVISM LEVEL   09-04-2024 0951 03-05-2025 1025
MIL    N-WORK Y   NEED - WORK YES             09-04-2024 0951 03-05-2025 1025
MIL    N-TRAUMA Y NEED - TRAUMA YES           09-04-2024 0951 03-05-2025 1025
MIL    N-SUB AB Y NEED - SUBSTANCE ABUSE YES  09-04-2024 0951 03-05-2025 1025
MIL    N-RLF Y    NEED - REC/LEISURE/FITNESS YES 09-04-2024 0951 03-05-2025 1025
MIL    N-M HLTH N NEED - MENTAL HEALTH NO     09-04-2024 0951 03-05-2025 1025
MIL    N-MEDICL N NEED - MEDICAL NO           09-04-2024 0951 03-05-2025 1025
MIL    N-FIN PV Y NEED - FINANCE/POVERTY YES  09-04-2024 0951 03-05-2025 1025
MIL    N-FM/PAR Y NEED - FAMILY/PARENTING YES 09-04-2024 0951 03-05-2025 1025
MIL    N-EDUC N   NEED - EDUCATION NO         09-04-2024 0951 03-05-2025 1025
MIL    N-COGNTV Y NEED - COGNITIONS YES       09-04-2024 0951 03-05-2025 1025
MIL    N-ANTISO N NEED - ANTISOCIAL PEERS NO  09-04-2024 0951 03-05-2025 1025
MIL    N-ANGER Y  NEED - ANGER/HOSTILITY YES  09-04-2024 0951 03-05-2025 1025
MIL    R-LW       LOW RISK RECIDIVISM LEVEL   07-22-2024 1157 09-04-2024 0951
MIL    N-WORK Y   NEED - WORK YES             03-18-2024 0849 09-04-2024 0951
MIL    N-TRAUMA Y NEED - TRAUMA YES           03-18-2024 0849 09-04-2024 0951
MIL    N-SUB AB Y NEED - SUBSTANCE ABUSE YES  03-18-2024 0849 09-04-2024 0951
MIL    N-RLF Y    NEED - REC/LEISURE/FITNESS YES 03-18-2024 0849 09-04-2024 0951
MIL    N-M HLTH N NEED - MENTAL HEALTH NO     03-18-2024 0849 09-04-2024 0951
MIL    N-MEDICL N NEED - MEDICAL NO           03-18-2024 0849 09-04-2024 0951
MIL    N-FIN PV Y NEED - FINANCE/POVERTY YES  03-18-2024 0849 09-04-2024 0951
MIL    N-FM/PAR Y NEED - FAMILY/PARENTING YES 03-18-2024 0849 09-04-2024 0951
MIL    N-EDUC N   NEED - EDUCATION NO         03-18-2024 0849 09-04-2024 0951
MIL    N-COGNTV Y NEED - COGNITIONS YES       03-18-2024 0849 09-04-2024 0951



   G0002       MORE PAGES TO FOLLOW . . .
```

```
MILBU  531.01 *                 INMATE HISTORY              *      06-17-2025
PAGE 002        *                 FIRST STEP                *      08:35:36


  REG NO..: 54812-074 NAME....: COLEMAN, RASHAUD L
  CATEGORY: FSA         FUNCTION: PRT        FORMAT:


FCL    ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP  DATE/TIME
MIL    N-ANTISO N  NEED - ANTISOCIAL PEERS NO   03-18-2024 0849 09-04-2024 0951
MIL    N-ANGER Y   NEED - ANGER/HOSTILITY YES   03-18-2024 0849 09-04-2024 0951
MIL    R-LW        LOW RISK RECIDIVISM LEVEL    09-25-2023 0644 07-22-2024 1157
MIL    N-WORK Y    NEED - WORK YES              09-25-2023 0644 03-18-2024 0849
MIL    N-TRAUMA Y  NEED - TRAUMA YES            09-25-2023 0644 03-18-2024 0849
MIL    N-SUB AB Y  NEED - SUBSTANCE ABUSE YES   09-25-2023 0644 03-18-2024 0849
MIL    N-RLF Y     NEED - REC/LEISURE/FITNESS YES 09-25-2023 0644 03-18-2024 0849
MIL    N-M HLTH N  NEED - MENTAL HEALTH NO      09-25-2023 0644 03-18-2024 0849
MIL    N-MEDICL N  NEED - MEDICAL NO            09-25-2023 0644 03-18-2024 0849
MIL    N-FIN PV Y  NEED - FINANCE/POVERTY YES   09-25-2023 0644 03-18-2024 0849
MIL    N-FM/PAR Y  NEED - FAMILY/PARENTING YES  09-25-2023 0644 03-18-2024 0849
MIL    N-EDUC Y    NEED - EDUCATION YES         09-25-2023 0644 03-18-2024 0849
MIL    N-COGNTV Y  NEED - COGNITIONS YES        09-25-2023 0644 03-18-2024 0849
MIL    N-ANTISO N  NEED - ANTISOCIAL PEERS NO   09-25-2023 0644 03-18-2024 0849
MIL    N-ANGER Y   NEED - ANGER/HOSTILITY YES   09-25-2023 0644 03-18-2024 0849
MIL    R-LW        LOW RISK RECIDIVISM LEVEL    03-26-2023 0921 09-25-2023 0644
MIL    N-WORK Y    NEED - WORK YES              03-26-2023 0921 09-25-2023 0644
MIL    N-TRAUMA Y  NEED - TRAUMA YES            03-26-2023 0921 09-25-2023 0644
MIL    N-SUB AB Y  NEED - SUBSTANCE ABUSE YES   03-26-2023 0921 09-25-2023 0644
MIL    N-RLF Y     NEED - REC/LEISURE/FITNESS YES 03-26-2023 0921 09-25-2023 0644
MIL    N-M HLTH N  NEED - MENTAL HEALTH NO      03-26-2023 0921 09-25-2023 0644
MIL    N-MEDICL N  NEED - MEDICAL NO            03-26-2023 0921 09-25-2023 0644
MIL    N-FIN PV Y  NEED - FINANCE/POVERTY YES   03-26-2023 0921 09-25-2023 0644
MIL    N-FM/PAR Y  NEED - FAMILY/PARENTING YES  03-26-2023 0921 09-25-2023 0644
MIL    N-EDUC Y    NEED - EDUCATION YES         03-26-2023 0921 09-25-2023 0644
MIL    N-COGNTV Y  NEED - COGNITIONS YES        03-26-2023 0921 09-25-2023 0644
MIL    N-ANTISO N  NEED - ANTISOCIAL PEERS NO   03-26-2023 0921 09-25-2023 0644
MIL    N-ANGER Y   NEED - ANGER/HOSTILITY YES   03-26-2023 0921 09-25-2023 0644
MIL    R-LW        LOW RISK RECIDIVISM LEVEL    09-29-2022 1234 03-26-2023 0921
MIL    N-WORK Y    NEED - WORK YES              09-29-2022 1234 03-26-2023 0921
MIL    N-TRAUMA Y  NEED - TRAUMA YES            09-29-2022 1234 03-26-2023 0921
MIL    N-SUB AB Y  NEED - SUBSTANCE ABUSE YES   09-29-2022 1234 03-26-2023 0921
MIL    N-RLF Y     NEED - REC/LEISURE/FITNESS YES 09-29-2022 1234 03-26-2023 0921
MIL    N-M HLTH N  NEED - MENTAL HEALTH NO      09-29-2022 1234 03-26-2023 0921
MIL    N-MEDICL N  NEED - MEDICAL NO            09-29-2022 1234 03-26-2023 0921
MIL    N-FIN PV Y  NEED - FINANCE/POVERTY YES   09-29-2022 1234 03-26-2023 0921
MIL    N-FM/PAR Y  NEED - FAMILY/PARENTING YES  09-29-2022 1234 03-26-2023 0921
MIL    N-EDUC Y    NEED - EDUCATION YES         09-29-2022 1234 03-26-2023 0921
MIL    N-COGNTV Y  NEED - COGNITIONS YES        09-29-2022 1234 03-26-2023 0921
MIL    N-ANTISO N  NEED - ANTISOCIAL PEERS NO   09-29-2022 1234 03-26-2023 0921
MIL    N-ANGER Y   NEED - ANGER/HOSTILITY YES   09-29-2022 1234 03-26-2023 0921



G0002        MORE PAGES TO FOLLOW . . .
```

```
  MILBU  531.01 *              INMATE HISTORY          *      06-17-2025
PAGE 003 OF 003 *               FIRST STEP             *      08:35:36


  REG NO..: 54812-074 NAME....: COLEMAN, RASHAUD L
  CATEGORY: FSA          FUNCTION: PRT      FORMAT:


FCL     ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP  DATE/TIME
MIL     N-WORK Y   NEED - WORK YES               08-26-2022 1004 09-29-2022 1234
MIL     N-TRAUMA Y NEED - TRAUMA YES             08-16-2022 1230 09-29-2022 1234
MIL     N-RLF Y    NEED - REC/LEISURE/FITNESS YES 09-12-2022 1352 09-29-2022 1234
MIL     N-M HLTH N NEED - MENTAL HEALTH NO       08-13-2022 0000 09-29-2022 1234
MIL     N-FIN PV Y NEED - FINANCE/POVERTY YES    09-12-2022 1357 09-29-2022 1234
MIL     N-COGNTV Y NEED - COGNITIONS YES         08-30-2022 0949 09-29-2022 1234
MIL     N-ANTISO N NEED - ANTISOCIAL PEERS NO    08-30-2022 0947 09-29-2022 1234
MIL     N-ANGER Y  NEED - ANGER/HOSTILITY YES    08-30-2022 0950 09-29-2022 1234
MIL     N-MEDICL Y NEED - MEDICAL YES            09-12-2022 1350 09-29-2022 1234
MIL     N-FM/PAR N NEED - FAMILY/PARENTING NO    08-30-2022 0950 09-29-2022 1234
MIL     UNREVW HIS UNREVIEWED OFFENSES           06-16-2022 0935 08-12-2022 0813
MIL     N-FM/PAR R NEED - FAMILY/PARENTING REFUSE 08-15-2022 0000 08-30-2022 0950
MIL     N-ANGER R  NEED - ANGER/HOSTILITY REFUSE 08-15-2022 0000 08-30-2022 0950
MIL     N-COGNTV R NEED - COGNITIONS REFUSE      08-15-2022 0000 08-30-2022 0949
MIL     N-ANTISO R NEED - ANTISOCIAL PEERS REFUSE 08-15-2022 0000 08-30-2022 0947
MIL     INELIG AUT FTC-INELIGIBLE OFF CODE - AUTO 08-08-2022 1512 08-15-2022 1152




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

Attachment 2

## FSA Time Credit Assessment
Register Number:54812-074, Last Name:COLEMAN

**U.S. DEPARTMENT OF JUSTICE**                               **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number....: 54812-074 | Responsible Facility: ERE |
| Inmate Name | Assessment Date.....: 06-09-2025 |
|   Last.............: COLEMAN | Period Start/Stop...: 08-11-2022 to 06-09-2025 |
|   First............: RASHAUD | Accrued Pgm Days....: 402 |
|   Middle...........: L | Disallowed Pgm Days.: 631 |
|   Suffix...........: | FTC Towards RRC/HC..: 0 |
| Gender.............: MALE | FTC Towards Release.: 165 |
| Start Incarceration: 01-21-2022 | Apply FTC to Release: No |

--- FTC Claim Status -----------------------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 08-11-2022 | 06-09-2025 | accrue | 402 |
| | | disallow | 631 |

  **Cannot apply FTC(s) towards early release.**

  **Cannot apply FTC(s) towards RRC/HC.**

  **Declined programming.**

| Facility | Category | Assignment | Start | Stop |
|---|---|---|---|---|
| ERE | PTO | OCP EDU D | 03-28-2024 12:24 | CURRENT |
| ERE | PTO | OCP EDU D | 03-28-2024 12:24 | CURRENT |
| ERE | PTO | OCP EDU D | 03-28-2024 12:24 | CURRENT |
| ERE | PTO | OCP EDU D | 03-28-2024 12:24 | CURRENT |

--- Program Day Intervals ------------------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 08-11-2022 | 03-07-2023 | accrue | 208 |

  Accrued Pgm Days...: 208
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 60

--------------------------------------------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 03-07-2023 | 03-15-2023 | accrue | 8 |

  Accrued Pgm Days...: 8
  Carry Over Pgm Days: 28
  Time Credit Factor.: 15
  Time Credits.......: 15

--------------------------------------------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 03-15-2023 | 06-20-2023 | disallow | 97 |

  **Declined EBRR/PA program(s).**

| Facility | Category | Assignment | Start | Stop |
|---|---|---|---|---|
| MIL | FRP | REFUSE | 03-15-2023 15:03 | 06-20-2023 09:37 |

**FSA Time Credit Assessment**

Register Number:54812-074, Last Name:COLEMAN

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

---

| Start | Stop | Pgm Status | Pgm Days |
|-------|------|-----------|----------|
| 06-20-2023 | 10-05-2023 | accrue | 107 |

  Accrued Pgm Days...: 107
  Carry Over Pgm Days: 6
  Time Credit Factor.: 15
  Time Credits.......: 45

---

| Start | Stop | Pgm Status | Pgm Days |
|-------|------|-----------|----------|
| 10-05-2023 | 01-09-2024 | disallow | 96 |

**Declined EBRR/PA program(s).**

| Facility | Category | Assignment | Start | Stop |
|----------|----------|-----------|-------|------|
| MIL | EDI | GED UNSAT | 10-05-2023 12:45 | 01-09-2024 15:15 |

---

| Start | Stop | Pgm Status | Pgm Days |
|-------|------|-----------|----------|
| 01-09-2024 | 03-28-2024 | accrue | 79 |

  Accrued Pgm Days...: 79
  Carry Over Pgm Days: 23
  Time Credit Factor.: 15
  Time Credits.......: 45

---

| Start | Stop | Pgm Status | Pgm Days |
|-------|------|-----------|----------|
| 03-28-2024 | 06-09-2025 | disallow | 438 |

**Not in qualifying admit status.**

| Facility | Category | Assignment | Start | Stop |
|----------|----------|-----------|-------|------|
| MIL | ARS | TRANSFER | 04-17-2025 09:52 | 04-17-2025 09:52 |
| A01 | ARS | A-ADMIT | 04-17-2025 09:52 | 04-17-2025 18:00 |
| OKL | ARS | A-BOP HLD | 04-17-2025 17:00 | 05-19-2025 04:40 |
| A01 | ARS | RELEASE | 04-17-2025 18:00 | 04-17-2025 18:00 |

**Declined EBRR/PA program(s).**

| Facility | Category | Assignment | Start | Stop |
|----------|----------|-----------|-------|------|
| ERE | PTO | OCP EDU D | 03-28-2024 12:24 | CURRENT |

--- FSA Assessment(s) -------------------------------------------------

| # | Start | Stop | Assignment | Asn Start | Factor |
|---|-------|------|-----------|-----------|--------|
| 001 | 08-11-2022 | 09-08-2022 | R-LW | 09-29-2022 12:34 | 10 |
| 002 | 09-08-2022 | 03-07-2023 | R-LW | 09-29-2022 12:34 | 10 |
| 003 | 03-07-2023 | 09-03-2023 | R-LW | 09-29-2022 12:34 | 15 |
| 004 | 09-03-2023 | 03-01-2024 | R-LW | 03-26-2023 09:21 | 15 |
| 005 | 03-01-2024 | 08-28-2024 | R-LW | 09-25-2023 06:44 | 15 |
| 006 | 08-28-2024 | 02-24-2025 | R-LW | 07-22-2024 11:57 | 15 |

---

**FSA Time Credit Assessment**

Register Number:54812-074, Last Name:COLEMAN

**U.S. DEPARTMENT OF JUSTICE**                                      **FEDERAL BUREAU OF PRISONS**

007   02-24-2025 08-23-2025   R-LW          09-04-2024 09:51   15

# FSA Time Credit Assessment

Register Number:54812-074, Last Name:COLEMAN

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

---

--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only ------------------
All conditional days and conditional dates below are the individual's best case scenario
given the individual's FSA/FTC status and best case Second Chance Act (SCA) days as of
06-09-2025. These dates can change if there are changes to one or more of the following: the
individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.

SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT
OF 0 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR
REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT
ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE
FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND
CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE:
(a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE
WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND
(5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.
---

Projected Release Date: 01-18-2035
Projected Release Method: GCT REL
FSA Projected Release Date: N/A
FSA Projected Release Method: N/A
FSA Conditional Release Date: N/A
SCA Conditional Placement Days: 0
SCA Conditional Placement Date: N/A
FSA Conditional Placement Days: N/A
FSA Conditional Placement Date: N/A
Conditional Transition To Community Date: N/A

---

Attachment 3

```
   MILBU  540*23 *             SENTENCE MONITORING        *      06-17-2025
 PAGE 001          *          COMPUTATION DATA           *      08:30:37
                              AS OF 06-17-2025


 REGNO..: 54812-074 NAME: COLEMAN, RASHAUD L


 FBI NO...........: 439325KC7          DATE OF BIRTH:          AGE:  33
 ARS1.............: ERE/A-DES
 UNIT.............: 5 SCP               QUARTERS.....: F01-029L
 DETAINERS........: NO                  NOTIFICATIONS: NO

 FSA ELIGIBILITY STATUS IS: INELIGIBLE

 THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

 HOME DETENTION ELIGIBILITY DATE....: 07-18-2034

 THE INMATE IS PROJECTED FOR RELEASE: 01-18-2035 VIA GCT REL


 ---------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

 COURT OF JURISDICTION...........: TENNESSEE, EASTERN DISTRICT
 DOCKET NUMBER...................: 3:19-CR-00015-KAC-DC
 JUDGE...........................: CRYTZER
 DATE SENTENCED/PROBATION IMPOSED: 01-21-2022
 DATE COMMITTED..................: 08-11-2022
 HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
 PROBATION IMPOSED...............: NO


                  FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
 NON-COMMITTED.: $300.00        $00.00          $00.00       $00.00

 RESTITUTION...: PROPERTY:  NO  SERVICES:  NO       AMOUNT: $00.00

  REMARKS.......: 3:19-CR-00015-KAC-DCP(2)

 ------------------------CURRENT OBLIGATION NO: 010 --------------------------
 OFFENSE CODE....:  381    21:841 SCH II NARCOTIC

 OFF/CHG: 21:846,841(A)(1)(B)(1)(B) LESSER INCLUDED OFFENSE:CONSPIRACY
          TO DISTRIBUTE 40 GRAMS OR MORE OF FENTANYL(CT1) 21:841(A)(1)
          (B)(1)(C) LESSER INCLUDED OFFENSE: DISTRIBUTION OF A QUANTITY
          OF FENTANYL(CT3,4)

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:  180 MONTHS




 G0002      MORE PAGES TO FOLLOW . . .
```

```
   MILBU  540*23 *            SENTENCE MONITORING         *     06-17-2025
PAGE 002 OF 002 *            COMPUTATION DATA            *     08:30:37
                           AS OF 06-17-2025


REGNO..: 54812-074 NAME: COLEMAN, RASHAUD L


  TERM OF SUPERVISION............:    5 YEARS
  DATE OF OFFENSE................: 08-27-2018

------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 05-28-2025 AT DSC AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 01-21-2022
TOTAL TERM IN EFFECT............:   180 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    15 YEARS
EARLIEST DATE OF OFFENSE........: 08-27-2018

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                  01-22-2019    01-25-2019

TOTAL PRIOR CREDIT TIME.........: 4
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 729
TOTAL GCT EARNED................: 81
STATUTORY RELEASE DATE PROJECTED: 01-18-2035
ELDERLY OFFENDER TWO THIRDS DATE: 01-17-2032
EXPIRATION FULL TERM DATE.......: 01-16-2037
TIME SERVED.....................:    3 YEARS      5 MONTHS       1 DAYS
PERCENTAGE OF FULL TERM SERVED..: 22.7
PERCENT OF STATUTORY TERM SERVED: 26.2

PROJECTED SATISFACTION DATE.....: 01-18-2035
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 08-08-22 ST C/C WKW REVIEWED, ELIGIBLE B/EAH;5-25-23 DIS GCT
                S/MRC;7-19-23 DIS GCT S/MRC; 12-27-23 BOPWARE GED UPDT B/DWP;
                2-9-24 UPDTD GED S/MRC;.05-28-25 OFFENSE CODE UPDATED B/ELM.




S0055       NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```