UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Rashaud L. Coleman,

    Petitioner,                                         Case No. 24-cv-11111

v.                                                     Hon. Linda V. Parker

Eric Rardin, Warden,

    Respondent.

_____/

**<u>Stipulation to Dismiss Petition for Habeas Corpus</u>**

Rashaud Coleman filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 in which he challenged BOP's determination that he is ineligible to earn First Step Act time credits (FTCs) under 18 U.S.C. § 3632(d)(4)(D)(lviii) based on his conviction for conspiring to distribute 40 grams or more of fentanyl.

BOP's initial position was that § 3632(d)(4)(D)(lviii) applied to someone like Coleman, who did not receive a resulting death enhancement, so long as the record made clear that a death resulted. Recently, however, the Fourth Circuit held that "the unambiguous statutory language establishes that (lviii) only applies when a

defendant is convicted of the death-resulting enhancement." *Valladares v. Ray*, 130 F.4th 74, 81 (4th Cir. 2025).

BOP has since changed its position to conform to *Valladares*. Consistent with *Valladares*, BOP no longer considers Coleman to be ineligible to earn FTCs based on § 3632(d)(4)(D)(lviii), and his eligibility status has been updated accordingly in BOP's system. This does not mean that Coleman is entitled to have earned FTCs *applied*. But the only relief he seeks in his petition—a determination that he is not disqualified him from earning FTCs based on § 3632(d)(4)(D)(lviii)—has been resolved in his favor. Thus, there is no live controversy for this Court to decide.

For these reasons, the parties stipulate and agree that Coleman's petition for habeas corpus should be dismissed as moot.

**IT IS SO STIPULATED.**

| | |
|---|---|
| s/ *Jessica V. Currie* | s/ *Matthew Monahan* (w/consent) |
| Assistant United States Attorney | Attorney for Petitioner |
| 211 W. Fort Street | 613 Abbott Street |
| Suite 2001 | Suite 500 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| (313) 226-9531 | matthew_monahan@fd.org |
| Jessica.Currie@usdoj.gov | |

Dated: June 30, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Rashaud L. Coleman,

    Petitioner,                                         Case No. 24-cv-11111

v.                                                  Hon. Linda V. Parker

Eric Rardin, Warden,

    Respondent.
_____/

## **Order Dismissing Petition for Habeas Corpus**

The Court has considered the parties' stipulation to dismiss Rashaud Coleman's petition for habeas corpus on mootness grounds. For the reasons described in the stipulation, the Court finds that it lacks jurisdiction because there is no longer a live controversy to resolve.

Therefore, Coleman's petition is dismissed as moot.

**IT IS SO ORDERED.**

                                                               s/ Linda V. Parker
                                                               LINDA V. PARKER
                                                               U.S. DISTRICT JUDGE

Dated: June 30, 2025